**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Fermin OCAMPO–SOLANO,
Defendant—Appellant.**

**No. 08–30095.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 21, 2009.

Charles Franklin Gorder, Jr., Assistant U.S., Stephen Francis Peifer, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Before: GRABER, GOULD and BEA, Circuit Judges.

MEMORANDUM **

Fermin Ocampo–Solano appeals from the 18–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ocampo–Solano's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.